1

2

3

4

5

**Entered on Docket
June 23, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

6

7

8    PITE DUNCAN, LLP
     ACE VAN PATTEN (NV Bar #11731)
9    EDDIE R. JIMENEZ (NV Bar #10376)
     701 Bridger Avenue, Suite 670
10   Las Vegas, Nevada 89101
     Telephone: (858) 750-7600
11   Facsimile: (619) 590-1385
     E-mail: ecfnvb@piteduncan.com
12
     MAILING ADDRESS:
13   4375 Jutland Drive, Suite 200
     P.O. Box 17933
14   San Diego, California 92177-0933

15   Attorneys for  Secured Creditor WELLS FARGO BANK, NATIONAL ASSOCIATION,
                    SUCCESSOR BY MERGER TO WACHOVIA MORTGAGE, FSB, FKA
16                  WORLD SAVINGS BANK, FSB

17

18                    UNITED STATES BANKRUPTCY COURT

19                          DISTRICT OF NEVADA

20   In re                                Bankruptcy Case No. BK-S-10-16925-lbr
                                          Chapter 7
21   FREDRICK LELAND LEWIS ,
                                          WELLS FARGO BANK, NATIONAL
22            Debtor(s).                  ASSOCIATION, SUCCESSOR BY
                                          MERGER TO WACHOVIA MORTGAGE,
23                                        FSB, FKA WORLD SAVINGS BANK,
                                          FSB'S ORDER TERMINATING
24                                        AUTOMATIC STAY
                                          Date:   June 7, 2010
25                                        Time:   10:00 a.m.

26

27   /././

28   /././

1     A hearing on Secured Creditor Wells Fargo Bank, National Association,

2 successor by merger to Wachovia Mortgage, FSB, fka World Savings Bank, FSB's Motion for

3 Relief From the Automatic Stay came on regularly for hearing in the United States Bankruptcy

4 Court before the Honorable Linda B. Riegle, Ace Van Patten appearing on behalf of Secured

5 Creditor

6     The court having duly considered the papers and pleadings on file herein and

7 being fully advised thereon and finding cause therefor:

8     IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

9     The automatic stay of 11 United States Code section 362 is hereby immediately

10 terminated as it applies to the enforcement by Movant of all of its rights in the real property

11 under the Note and Deed of Trust encumbering the real property commonly known as 6608

12 Peppermill Dr, Las Vegas, Nevada 89146-2913 ("Real Property"), which is legally described as:

13            LOT FIFTY (50) IN BLOCK B OF LEWIS
             HOMES SAHARA NO. 12-C, AS SHOWN BY
14           MAP THEREOF ON FILE IN BOOK 32 OF
             PLATS, PAGE 49, IN THE OFFICE OF THE
15           COUNTY RECORDER OF CLARK COUNTY,
             NEVADA.
16

17     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant and/or

18 its foreclosure trustee shall mail written notice of the time, date and place of the foreclosure sale

19 of the Real Property to the Debtor(s) at the address for the Real Property at least 7 calendar days

20 prior to the foreclosure sale.  In the event that Movant and/or its foreclosure trustee provides at

21 least 7 calendar days' advance notice of the time, date and place of the foreclosure sale of the

22 Real Property in compliance with the notice requirements set forth in Chapter 107 of Nevada

23 Revised Statutes, those notices shall be sufficient to satisfy the requirement of this Court to

24 provide 7 days' notice to the Debtor(s).

25 /././

26 /././

27 /././

28 /././

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor.  However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.


APPROVED/DISAPPROVED          APPROVED/DISAPPROVED

_____     _____
MICHAEL J. DAWSON                          JAMES F. LISOWSKI, SR.
DEBTOR(S) ATTORNEY                      TRUSTEE

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

1    ALTERNATIVE METHOD re: RULE 9021:

2    In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

3    ☐    The court has waived the requirement of approval under LR 9021.

4    ☐    I certify that I have served a copy of this order with the motion, and no parties appeared

5    or filed written objections.

6    ☒    This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have

7    delivered a copy of this proposed order to all counsel who appeared at the hearing, any

8    unrepresented parties who appeared at the hearing, and each has approved or disapproved the

9    order, or failed to respond, as indicated below [list each party and whether the party has

10    approved, disapproved, or failed to respond to the document]:

11

12    ☐    This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to

13    all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing,

14    and each has approved or disapproved the order, or failed to respond, as indicated below [list

15    each party and whether the party has approved, disapproved, or failed to respond to the

16    document]:

17

18    ☐    Approved.

19    ☐    Disapproved.

20    ☒    Failed to respond. – Debtor's Attorney/Trustee

21                                                                        ###

22    Submitted by:

23

24    /s/ ACE VAN PATTEN
      4375 Jutland Drive, Suite 200
25    P.O. Box 17933
      San Diego, CA 92177-0933
26    (858) 750-7600
      NV Bar #11731
27    Attorney for WELLS FARGO
      BANK, et al.

28